IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KEVIN ANDERSON | ) | CASE NO. 04-46274 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1. The Petition commencing this case was filed on 16th day of December, 2004. Brenda Porter Helms was appointed Trustee on the same date. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of June 30, 2007 is as follows:

   a.    RECEIPTS (See Exhibit C)                                           $ 50,735.05

|   |   |   |   |
|---|---|---|---|
| b. | | DISBURSEMENTS (See Exhibit C) | $ 90.48 |
| c. | | NET CASH available for distribution | $ 50,644.57 |
| d. | | ADMINISTRATIVE EXPENSES: | |
| | 1. | Trustee compensation requested (See Exhibit E) | $5,786.75 |
| | 2. | Trustee Expenses (See Exhibit E) | $25.49 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $0.00 |

5.  The Bar Date for filing unsecured claims expired on May 11, 2005.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $5,812.24 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $464,619.66 |
| f. | Other: Late filed claim | $164,873.11 |

7.  Trustee proposes that unsecured creditors receive a distribution of 7.12% of allowed claims.

8.  Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (See Exhibit G).

9.  A fee of $2,000 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: ___7/23/07_____

/s/ Brenda Porter Helms
Trustee
3400 W. Lawrence Avenue
Chicago, IL  60625

## TASKS PERFORMED BY TRUSTEE

Initially, the Trustee received several telephone calls and letters from counsel for the debtor, counsel for the McKinstrys and counsel for Steven Spilotro regarding money held in a Ticor title indemnify account pursuant to a closing of the property at 6N002 Glendale Road, Medinah. The Trustee obtained a copy of a partnership agreement, the closing documents and the title indemnity (2 hours). The Trustee reviewed the schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors (1 hour).

The Trustee then filed an adversary complaint against Steven Spilotro to avoid the preferential filing of his lien against the debtor, served the summons and executed and filed a return of service. The Trustee then reviewed the Answer that was filed (1.9 hours). The Trustee appeared in Court in Chicago on two status hearing (1 hour). Spilotro filed an adversary complaint against the debtor and the debtor filed an adversary complaint against Spilotro. The Trustee reviewed and discussed same with counsel for both parties (1.7 hours).

The Trustee suggested that since the issues raised by all three adversary complaints were complex and interrelated, the parties request a mediation by a third party judge. Judge Schwartz was chosen by the parties as a mediator. The parties met on two separate occasions to negotiate the issues (5 hours) and the result was a settlement agreement. The Trustee drafted a motion for authority to compromise, sent notice of the proposed settlement to all creditors and appeared in Court on the hearing date (2.5 hours). The Trustee drafted the order that was finally entered (.5 hours).

The Trustee obtained financial information from the debtor regarding his interest in two businesses (1 hour).

The Trustee reviewed the claims that were filed in this case and filed objections to four claims (3 hours). She appeared court on the hearing dates (.5 hours).

The Trustee prepared the Final Report in this case (5 hours). The Trustee anticipates that she will attend the hearing on applications for compensation (.5 hours), will close the bank account and deposit the funds in a checking account (.3 hours), will revise the Distribution Report (.5 hours) and will issue the checks (.8 hours). The Trustee will then monitor the bank statements until all checks are cleared and prepare and file a Final Account (2 hours).

Total hours spent: 29.2 @$300 = $8,760

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                                    Amount Abandoned

   See attached Individual Estate Property Record

Property abandoned or to be abandoned:
5 N 770 Glendale Rd., Medinah- liens & costs exceed value of $375,000.
| | |
|---|---|
| 1967 Ford van – not running, valued pre-petition at | $200.00 |
| Cash | $10.00 |
| Household goods and furnishings valued at | $1,000.00 |
| Wedding ring – | Unknown |
| KDA Moving Services- valued at | $0.00 |
| Leisure Time Laundromat- valued at | $0.00 |
| Legal Malpractice case | Unknown |

      TOTAL AMOUNT ABANDONED:                        $376,210


Unscheduled Property

   Post petition interest of $735.05

| | |
|---|---|
| TOTAL RECEIPTS | $50,735.05 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $376,210.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $412,111.09 |

EXHIBIT B

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:        04-46274    SQU    Judge: JOHN SQUIRES           Trustee Name:  BRENDA PORTER HELMS, TRUSTEE
Case Name:      ANDERSON, KEVIN                                  Date Filed (f) or Converted (c):   12/16/04 (f)
                                                                 341(a) Meeting Date:               02/01/05
For Period Ending: 06/30/07                                      Claims Bar Date:                   05/11/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6N002 Glendale Venture | 36,434.91 | 50,000.00 | | 50,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 735.05 | Unknown |
| 3. REAL PROPERTY | 375,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Checking accounts at Midwest Bank | 128.06 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CASH ON HAND | 10.00 | 0.00 | DA | 0.00 | FA |
| 6. Checking account at Bank One | 48.12 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. WEARING APPAREL AND JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. KDA Moving Services | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Leisure Time Laundermat Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Legal Malpractice case | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 1967 Ford van | 200.00 | 0.00 | DA | 0.00 | FA |
| 13. 1968 Chevrolet truck | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

TOTALS (Excluding Unknown Values)     $  413,521.09     $  50,000.00          $  50,735.05     Value of Remaining Assets
                                                                                               $0.00
                                                                                               (Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/07    Current Projected Date of Final Report (TFR): 12/30/07

          /s/   BRENDA PORTER HELMS, TRUSTEE
_____  Date: 07/23/07
          BRENDA PORTER HELMS, TRUSTEE

PFORM1                                                                                                    Ver: 12.51

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-46274 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ANDERSON, KEVIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1794 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7917 | | | |
| For Period Ending: | 06/30/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/05 | 1 | Ticor Title Insurance Co<br>1745 Naperville Road<br>Wheaton IL 60187 | interest in title indemnity | 1129-000 | 50,000.00 | | 50,000.00 |
| 12/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.41 | | 50,002.41 |
| 01/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 25.48 | | 50,027.89 |
| 02/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 35.64 | | 50,063.53 |
| 03/15/06 | 000101 | International Sureties, Ltd.<br>203 Cardondelet St.<br>New Orleans LA 70130 | bond premium | 2300-000 | | 36.16 | 50,027.37 |
| 03/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.51 | | 50,069.88 |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.15 | | 50,111.03 |
| 05/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.56 | | 50,153.59 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.22 | | 50,194.81 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.63 | | 50,237.44 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.67 | | 50,280.11 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.32 | | 50,321.43 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.75 | | 50,364.18 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.40 | | 50,405.58 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.81 | | 50,448.39 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.85 | | 50,491.24 |
| 02/27/07 | 000102 | International Sureties, Ltd | bond premium | 2300-000 | | 54.32 | 50,436.92 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 38.73 | | 50,475.65 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.87 | | 50,518.52 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.52 | | 50,560.04 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.94 | | 50,602.98 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.59 | | 50,644.57 |

Total Of All Accounts   50,644.57

PFORM24

Ver: 12.51

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                              CHAPTER 7

KEVIN ANDERSON                                      CASE NO. 04-46274

           Debtor(s).                               HON. JOHN SQUIRES

PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $5,812.24 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $44,832.33 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$50,644.57** |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $5,812.24 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---:|---:|
| | Brenda Porter Helms, Trustee — Trustee Compensation | $5,786.75 | $5,786.75 |
| | Brenda Porter Helms, Trustee — Trustee Expenses | $25.49 | $25.49 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,925 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 464,619.66 | 9.65 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 7 | Advanta Bank Corp General Unsecured 726 | $13,696.50 | $1,321.61 |
| 9 | Alliance Laundry Systems LLC General Unsecured 726 | $266,969.49 | $25,760.56 |
| 12 | Dennis And Lisa McKinstry General Unsecured 726 | $164,873.11 | $15,909.02 |
| 3 | Bush/Lease Dimensions General Unsecured 726 | $3,788.66 | $365.58 |
| 4 | Bush/Lease Dimensions General Unsecured 726 | $5,467.21 | $527.54 |
| 5 | Bush/Lease Dimensions General Unsecured 726 | $1,004.00 | $96.88 |

| | | | |
|---|---|---|---|
| 6 | Bush/Lease Dimensions<br>General Unsecured 726 | $3,432.56 | $331.22 |
| 1 | Marshall Field<br>General Unsecured 726 | $440.85 | $42.54 |
| 2 | American General Finance<br>General Unsecured 726 | $4,947.28 | $477.38 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 164,873.11 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 11 | Dennis & Lisa Mckinstry<br>Tardy General Unsecured 726 | $164,873.11 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecure | 10 | Chicago Title Insurance Co<br>171 N. Clark St 8th Floor<br>Chicago IL 60601<br>Attn: Richard Sulkowski | $600,000 | Withdrawn per court order entered 12/12/05 |
| Unsecured | 8 | Steven Spilotro<br>c/o Tim Cavenagh, 77 W. Washington St. #1313, Chicago IL 60602 | $1,083,150.00 | Withdrawn per court order entered 12/12/05 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____