IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )   NO. 04 B 46274
KEVIN ANDERSON                            )   HON. JOHN H. SQUIRES
                                          )   BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   AT:  COURTROOM 2000
        DUPAGE COUNTY COURTHOUSE
        505 NORTH COUNTY FARM ROAD
        WHEATON IL 60187

   ON:  **October 19, 2007**              AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

   RECEIPTS                                           $50735.05

   DISBURSEMENTS                                      $90.48

   NET CASH AVAILABLE FOR DISTRIBUTION   $50,644.57

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $5,786.75 | $25.49 |

5. No applications for Chapter 11 fees and administrative expenses have been filed in this case.

6. No parties holding priority claims filed a claim in this case.

7. General unsecured creditors filed claims totaling $464,619.66 and will receive a distribution of 9.65% of the amount of their claims as follows:

| Creditor | Amount of Claim | Amount of Dividend |
|---|---|---|
| Advanta Bank Corp | $13,696.50 | $1,321.61 |
| Alliance Laundry Systems | $266,969.49 | $25,760.56 |
| Dennis/Lisa McKinstry | $164,873.11 | $15,909.02 |
| Bush/Lease Dimensions | $3,788.66 | $365.58 |
| Bush/Lease Dimensions | $5,467.21 | $527.54 |
| Bush/Lease Dimensions | $1,004.00 | $96.88 |
| Bush/Lease Dimensions | $3,432.56 | $331.22 |
| Marshall Field's | $440.85 | $42.54 |
| American General Finance | $4,947.28 | $477.38 |

In addition to the claim filed timely, Dennis and Lisa McKinstry filed a late claim in the amount of $164,873.11 but will receive no distribution on their late claim.

8. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

9. The debtor received a discharge.

For the Court:

Dated: **September 13, 2007**   **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 04-46274   Doc 43   Filed 09/13/07   Entered 09/15/07 23:42:46   Desc Imaged
Certificate of Service   Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2                Date Rcvd: Sep 13, 2007
Case: 04-46274                 Form ID: pdf002             Total Served: 46

The following entities were served by first class mail on Sep 15, 2007.
db           +Kevin D Anderson,    5N770 Glendale Road,   Medinah, IL 60157-9779
aty          +Edward C. Richard,    Chuhak & Tecson, P.C.,    30 S. Wacker Drive,   Suite 2600,
               Chicago, IL 60606-7512
tr           +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
8779196       AT&T Universal Card,    P.O. Box 44167,   Jacksonville, FL 32231-4167
9072259      +Advanta Bank Corp,    Adbanta Bank Corp Bankruptcy,    Welsh & McKean Roads,   PO Box 844,
               Spring House PA 19477-0844
8779203      +Advanta Platinum Business Card,    P.O.Box 0715,   Salt Lake City, UT 84110-0715
9328302      +Alliance Lanudnry Systems LLC,    c/o Stein & Retman,   105 W Madison,   Chicago IL 60602-4602
8779206       Alliance Laundry Systems,    Shepard Street,   P.O.Box 990,   Ripon, WI 54971-0990
8779202       American Express,    P.O. Box 7863,   Ft. Lauderdale, FL 33329-7863
8796707      +American General,    1261 North Lake Street USite G,   Aurora, IL 60506-2489
8779198       BP Amoco,    P.O.Box 9014,   Des Moines, IA 50368-9014
8779205       Bush/Lease Dimensions,    P.O. Box 1707,   Mandeville, LA 70470-1707
9025164      +Bush/Lease Dimensions,    Lease Dimensions Inc,   222 SW Columbia St,   Portland OR 97201-6600
8796708      +Capital One,    PO Box 85147,   Richmond, VA 23276-0001
8796723       Center for Sleep Medicine,    9721 WSest 165th Street,   Orland Park, IL 60467
9350336      +Chicago Title Insurance Company,    171 N Clark Street 8th Floor,   Chicago IL 60601-3364,
               Atn: LItigation/Richard P Sulkowski
8779197      +Citi Platinum Select Card,    Box 6000,   The Lakes, NV 89163-0001
8796706      +Country Wide Home Loans,    4500 Park Granda,   Calabasas, CA 91302-1613
8796709       Direct Merchants Bank,    PO Box 21550,   Tulsa, OK 74121-1550
8779204      +DuPage Water Treatment,    27 W 250 North Avenue,   West Chicago, IL 60185-1531
8796710       Exxon Mobile,    PO Box 981064,   El Paso, TX 79998-1064
8779201       First National Bank Omaha,    P.O. Box 2814,   Omaha, NE 68103-2814
8779208      +GMAC,    P.O. Box 217060,   Auburn Hills, MI 48321-7060
8796712       HFC,    PO Box 17574,   Baltimore, MD 21297-1574
8796711       Helzberg Diamonds Processing Ctr,    Des Moines, IA 50364-0001
8779199       Home Depot Credit Services,    P.O. Box 9100,   Des Moines, IA 50368-9100
8796713       Home Depot Processing Center,    Des Moines, IA 50364-0500
8796714       Household Bank,    c/o LC Systems Inc,   444 Highway 96 East PO Box 64887,
               Saint Paul, MN 55164-0887
8796715       JC Penny,    PO Box 96001,   Orlando, FL 32896-0001
8779210      +KDA Moving Service,    P.O. Box 207,   Medinah, IL 60157-0207
8796716       Lowes,    PO Box 981064,   EL Paso, TX 79998-1064
8779209      +Loyola University Medical Center,    2160 South First Avenue,   Maywood, IL 60153-3328
8796717       Marshall Fields,    PO Box 94578,   Cleveland, OH 44101-4578
8976532      +Mashall Field,    111 Boulder Industrial Dr,   Bridgeton MO 63044-1241
9356460      +McKinstry, Dennis and Lisa,    Sheryl A Fyock Latimer LeVay Jurasek LLC,   55 W Monroe St #1100,
               Chicago IL 60603-5128
8796718       Menards,    PO Box 17602,   Baltimore, MD 21297-1602
8779200       Menards,    Retail Services,   P.O. Box 17602,   Baltimore, MD 21297-1602
8779211      +Option One Mortgage,    1834 Walden Office Square,   Suite 550,   Schaumburg, IL 60173-4292
8796719       Orchard Bank,    PO Box 17051,   Baltimore, MD 21297-1051
8796720       Peter Lodestro DDS,    4230 A Westbrook Drive,   Aurora, IL 60504-4125
8796721       Seventh Avenue,    1112 7th Avenue,   Monroe, WI 53566-1364
8779212      +Steven Spilotro,    c/o Timothy J. Cavenagh P.C.,   77 West Washington,   Suite 1313,
               Chicago, IL 60602-3236
8796722       Target,    Retailers National Bank,   PO Box 59231,   Minneapolis, MN 55459-0231
8796724      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,    PO Box 108,   Saint Louis, MO 63166-9801)
8779207       US Bancorp,    13110 Madrid Street,   Suite 101,   Marshall, MN 56258-4002

The following entities were served by electronic transmission on Sep 14, 2007.
9072259      +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 14 2007 02:36:12     Advanta Bank Corp,
               Adbanta Bank Corp Bankruptcy,    Welsh & McKean Roads,   PO Box 844,   Spring House PA 19477-0844
8779203      +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 14 2007 02:36:07
               Advanta Platinum Business Card,    P.O.Box 0715,   Salt Lake City, UT 84110-0715
9004677      +Fax: 812-475-4089 Sep 14 2007 03:55:58      American General Finance,   PO Box 3251,
               Evansville, IN 47731-3251
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Sep 13, 2007
Case: 04-46274                 Form ID: pdf002          Total Served: 46

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**                          **Signature:** *Joseph Speetjens*