IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN ANDERSON | ) | NO. 04-46274 |
| | ) | HON. JOHN H. SQUIRES. |
| | ) | BANKRUPTCY JUDGE |

### TRUSTEE'S FINAL ACCOUNT AND
### APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.

Dated: December, 2007                    /s/ Brenda Porter Helms

                                         _____
                                         Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| KEVIN ANDERSON | ) | CASE NO. 04-46274 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES
## AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

1. Trustee's compensation        $5,786.75

2. Trustee's expenses            $25.49

           TOTAL                 $5,812.24

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED  19th  day of  October , 2007.

ENTERED:

_John H. Squires_
UNITED STATES BANKRUPTCY JUDGE

Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE: | CHAPTER 7

KEVIN ANDERSON | CASE NO. 04-46274

Debtor(s). | HON. JOHN SQUIRES

## FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,812.24 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $44,864.25 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $50,676.49 |

EXHIBIT

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $5,812.24 | 100.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
|  | Brenda Porter Helms, Trustee<br>Trustee Compensation | $5,786.75 | $5,786.75 |
|  | Brenda Porter Helms, Trustee<br>Trustee Expenses | $25.49 | $25.49 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,925 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 464,619.66 | 9.66 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 7 | Advanta Bank Corp General Unsecured 726 | $13,696.50 | $1,322.55 |
| 9 | Alliance Laundry Systems LLC General Unsecured 726 | $266,969.49 | $25,778.90 |
| 12 | Dennis And Lisa Mckinstry General Unsecured 726 | $164,873.11 | $15,920.35 |
| 3 | Bush/Lease Dimensions General Unsecured 726 | $3,788.66 | $365.84 |
| 4 | Bush/Lease Dimensions General Unsecured 726 | $5,467.21 | $527.92 |
| 5 | Bush/Lease Dimensions General Unsecured 726 | $1,004.00 | $96.95 |

| | | | |
|---|---|---|---|
| 6 | Bush/Lease Dimensions<br>General Unsecured 726 | $3,432.56 | $331.45 |
| 1 | Marshall Field's<br>General Unsecured 726 | $440.85 | $42.57 |
| 2 | American General Finance<br>General Unsecured 726 | $4,947.28 | $477.72 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) Late unsecured Claims | $ 164,873.11 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 11 | Dennis & Lisa Mckinstry<br>Tardy General Unsecured 726 | $164,873.11 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 10 | Chicago Title Insurance Co. 171 N. Clark St. 8th floor Chicago IL 60601 Attn: Richard Sulkowski | $600,000 | Withdrawn per court order entered 12/12/05 |
| Unsecured | 8 | Steven Spilotro c/o Tim Cavenagh, 77 W. Washington St. #1313, Chicago IL 60602 | $1,083,150 | Withdrawn per court order entered 12/12/05 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __10/22/07_____            _/s/ Brenda Porter Helms
                                      Trustee

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 04-46274 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | ANDERSON, KEVIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1794 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7917 | | | |
| For Period Ending: | 12/17/07 | | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/05 | 1 | Ticor Title Insurance Co<br>1745 Naperville Road<br>Wheaton IL 60187 | interest in title indemnity | 1129-000 | 50,000.00 | | 50,000.00 |
| 12/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 2.41 | | 50,002.41 |
| 01/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 25.48 | | 50,027.89 |
| 02/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 35.64 | | 50,063.53 |
| 03/15/06 | 000101 | International Sureties, Ltd.<br>203 Cardondelet St.<br>New Orleans LA 70130 | bond premium | 2300-000 | | 36.16 | 50,027.37 |
| 03/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.51 | | 50,069.88 |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.15 | | 50,111.03 |
| 05/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.56 | | 50,153.59 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.22 | | 50,194.81 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.63 | | 50,237.44 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.67 | | 50,280.11 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.32 | | 50,321.43 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.75 | | 50,364.18 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.40 | | 50,405.58 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.81 | | 50,448.39 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.85 | | 50,491.24 |
| 02/27/07 | 000102 | International Sureties, Ltd | bond premium | 2300-000 | | 54.32 | 50,436.92 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 38.73 | | 50,475.65 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.87 | | 50,518.52 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.52 | | 50,560.04 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.94 | | 50,602.98 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.59 | | 50,644.57 |
| 07/24/07 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 31.92 | | 50,676.49 |
| 07/24/07 | | Transfer to Acct #*******5839 | Final Posting Transfer | 9999-000 | | 50,676.49 | 0.00 |

Exhibit B

PFORM24

Ver: 12.61a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-46274 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | ANDERSON, KEVIN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5839 Checking - Non Interest |
| Taxpayer ID No: | *******7917 | | | |
| For Period Ending: | 12/17/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/24/07 | | Transfer from Acct #*******1794 | Transfer In From MMA Account | 9999-000 | 50,676.49 | | 50,676.49 |
| 10/24/07 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 5,786.75 | 44,889.74 |
| 10/24/07 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 25.49 | 44,864.25 |
| 10/24/07 | 001003 | Advanta Bank Corp<br>Welsh & McKean Roads<br>P.O. Box 844<br>Spring House PA 19477 | final distribtuion | 7100-000 | | 1,322.55 | 43,541.70 |
| 10/24/07 | 001004 | Alliance Laundry Systems LLC<br>c/o Stein & Rotman<br>105 W. Madison<br>Chicago IL 60602 | final distribution | 7100-000 | | 25,778.90 | 17,762.80 |
| 10/24/07 | 001005 | Dennis & Lisa McKinstry | final distribution | 7200-000 | | 15,920.35 | 1,842.45 |
| 10/24/07 | 001006 | Bush/Lease Dimensions<br>Lease Dimensions Inc.<br>222 SW Columbia St<br>Portland OR 97201 | final distribution | 7100-000 | | 365.84 | 1,476.61 |
| 10/24/07 | 001007 | Bush/Lease Dimensions | final distribution | 7100-000 | | 527.92 | 948.69 |
| 10/24/07 | 001008 | Bush/Lease Dimensions | final distirbution | 7100-000 | | 96.95 | 851.74 |
| 10/24/07 | 001009 | Bush Lease Dimensions | final distribution | 7100-000 | | 331.45 | 520.29 |
| 10/24/07 | 001010 | Marshall Field<br>111 Boulder Industrial Dr<br>Bridgeton MO 63044 | final distribution | 7100-000 | | 42.57 | 477.72 |
| 10/24/07 | 001011 | American General Finance<br>P.O. Box 3251<br>Evansville IN 47731 | final distribution | 7100-000 | | 477.72 | 0.00 |

Total Of All Accounts   0.00

PFORM24                                                                                               Ver: 12.61a