UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  )     CHAPTER 7 CASE
                                        )
                                        )
                                        )     CASE NO.  07-46274
KEVIN ANDERSON                          )
                                        )
                    DEBTOR.     )     JUDGE JOHN H. SQUIRES
                                        )

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:     Brenda Helms, Esq.
c/o Albany Bank & Trust Co., N/A
3400 West Lawrence Avenue
Chicago, IL   60625
Registrant's  e-mail: brenda.helms@albanybank.com**

**Please Take Notice** that on **January 9, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED:   January 9, 2008           BY: /s/ Denise DeLaurent
                                        Denise DeLaurent, Attorney
                                        Attorney Id. # 06180164
                                        OFFICE OF THE U.S. TRUSTEE
                                        227 WEST MONROE, SUITE 3350
                                        CHICAGO, ILLINOIS  60606
                                        (312) 886-3326

**CERTIFICATE OF SERVICE**

I, Denise DeLaurent, Attorney for  U. S. Trustee, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on January 9, 2008.

/s/ Denise DeLaurent